

# United States District Court
# Northern District of Illinois

In the Matter of

Games Workshop

v.

Chapterhouse Studios

District Judge Matthew F. Kennelly

Case No. 12-CV-9086

Designated Magistrate Judge
*By Lot - Non Designated Judge

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge John J. Tharp Jr. to be related to 10 C 8103 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Matthew F. Kennelly**

Date: Thursday, November 15, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Matthew F. Kennelly

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Friday, November 16, 2012

District Reassignment - Finding of Relatedness