AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION     [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 | |
|---|---|---|
| DOCKET NO.<br>12cv9086 | DATE FILED<br>11/12/12 | |

| PLAINTIFF:<br><br>Games Workshop Limited | DEFENDANT:<br><br>Chapterhouse Studios LLC |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1) See Attachment | | |
| 2) | | |
| 3) | | |
| 4) | | |
| 5) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other   [ ] Judgment | WRITTEN OPINION<br>ATTACHED  [ ] Yes [ ] No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>A. Owens | DATE<br>4/8/2013 |

# GAMES WORKSHOP LIMITED
# COPYRIGHT REGISTRATIONS/ APPLICATIONS

| COPYRIGHT APPLICATIONS | FILING DATE | APPL. NO. | REG. NO. |
|---|---|---|---|
| ***Books*** | | | |
| Codex: Dark Angels | 2/28/12 | 1-730829637 | TX 7-538-588 |
| How to Paint Space Marines | 2/28/12 | 1-730829831 | TX 7-538-607 |
| Codex: Chaos Space Marines | 2/28/12 | 1-730829916 | TX 7-580-788 |
| Codex: Space Marines (2008) | 2/28/12 | 1-730829938 | TX 7-580-783 |
| Codex: Tyranids | 2/28/12 | 1-730830020 | TX 7-538-598 |
| Codex: Space Wolves (2009) | 2/28/12 | 1-730830132 | TX 7-549-698 |
| Horus Heresy: Collected Visions | 2/28/12 | 1-730830176 | TX 7-538-569 |
| Codex: Eldar | 2/28/12 | 1-730830154 | TX 7-549-696 |
| Necromunda - Battle for Survival in the Nightmare Undercity | 3/2/12 | 1-732431522 | TX 7-536-772 |
| Codex: Space Marines (2004) | 3/1/12 | 1-731909052 | TX 7-505-931 |
| Codex: Tau Empire (2001) | 3/19/12 | 1-732530306 | |
| Codex: Tau Empire (2005) | 3/2/12 | 1-732431544 | TX 7-590-631 |
| Codex: Space Wolves (1999) | 3/1/12 | 1-732431706 | TX 7-508-934 |
| Codex: Orks | 3/1/12 | 1-732431748 | TX 7-507-116 |
| Index Astartes II | 3/1/12 | 1-732431780 | TX 7-507-122 |
| Index Astartes | 3/1/12 | 1-732431780 | TX 7-505-945 |
| Index Astartes III | 3/1/12 | 1-732431834 | TX 7-505-940 |
| Index Astartes IV | 3/1/12 | 1-732431856 | |
| Space Marine Collectors' Guide, Second Edition | 3/1/12 | 1-732431888 | TX 7-507-128 |
| Imperial Guard Collectors Guide | 3/1/12 | 1-732431910 | |
| Warhammer 40,000 Wargear | 3/1/12 | 1-732431942 | TX 7-508-949 |
| Warhammer 40,000 Apocalypse | 3/2/12 | 1-732431964 | |
| The Art of Warhammer 40,000 | 3/1/12 | 1-732431986 | TX 7-505-926 |
| How to Paint Space Marines | 3/1/12 | 1-730829831 | TX 7-538-607 |
| Brothers of the Snake | 3/1/12 | 1-732432008 | TX 7-508-982 |
| Legion of the Damned | 3/2/12 | 1-732506146 | TX 7-513-642 |
| Codex: Black Templars | 8/1/12 | 1-803152502 | |
| Codex: Imperial Guard (1994) | 8/8/12 | 1-805708244 | TX 7-579-447 |
| Imperial Armour Vol 1: Aeronautica | 8/8/12 | 1-805784097 | TX 7-579-467 |
| Codex: Ultramarines | 8/8/12 | 1-805708288 | TX 7-579-444 |
| Codex: Tyranids (1994) | 8/8/12 | 1-805708266 | TX 7-582-099 |
| Codex: Imperial Guard (2007) | 8/8/12 | 1-806412711 | |
| Codex: Tau | 8/8/12 | 1-805708222 | TX 7-579-448 |
| Warhammer 40,000 Rule Book 2008 | 8/8/12 | 1-805784173 | TX 7-579-460 |
| Insignium Astartes | 8/8/12 | 1-805784074 | |
| Codex: Grey Knights | 8/8/12 | 1-805784052 | TX 7-582-086 |
| Codex: Tau Empire | 8/8/12 | 1-805783886 | |
| Codex: Black Templars | 8/8/12 | 1-805783824 | |
| Imperial Armour Vol 9: The Badab War | 8/8/12 | 1-805783802 | TX 7-579-465 |
| Codex: Blood Angels | 8/8/12 | 1-805708200 | TX 7-579-442 |
| Codex: Tyranids (2003) | 8/8/12 | 1-805783310 | TX 7-579-461 |
| Epic 40,000 Battles Book | 8/8/12 | 1-805783354 | TX 7-579-446 |
| Warhammer 40,000 Compendium | 8/8/12 | 1-805783376 | TX 7-579-462 |
| Codex: Imperialis | 8/8/12 | 1-805783398 | TX 7-582-096 |
| Codex: Eldar (1993) | 8/8/12 | 1-805783472 | TX 7-579-440 |
| Codex: Eldar (1998) | 8/8/12 | 1-805783420 | |
| Warhammer 40,000 Compilation | 8/8/12 | 1-805783494 | |
| Soul Drinker | 8/8/12 | 1-805783516 | |
| | | | |
| ***Miniatures*** | | | |
| Alpha Legion Land Raider Doors Set | 2/29/12 | 1-731178232 | VA 1-819-306 |
| Blood Raven Transfer Sheet | 2/29/12 | 1-731178288 | VA 1-819-307 |
| Contemptor Heavy Conversion Beamer | 2/29/12 | 1-731312340 | VA 1-824-754 |
| Mark V Heresy Armour | 2/29/12 | 1-731312572 | VA 1-824-755 |
| Space Marine Character Conversion Kit | 2/29/12 | 1-731312594 | VA 1-824-622 |
| Salamanders Land Raider Doors | 2/29/12 | 1-731312616 | VA 1-824-753 |
| Salamanders Terminator Shoulder Pads | 2/29/12 | 1-731312688 | VA 1-824-496 |
| Space Wolves Door Set for Rhino | 2/29/12 | 1-731312780 | VA 1-824-497 |
| Valthex Astral Claws of the Master Forge | 2/29/12 | 1-731312902 | VA 1-824-495 |

# GAMES WORKSHOP LIMITED
# COPYRIGHT REGISTRATIONS/ APPLICATIONS

| | | | |
|---|---|---|---|
| Eldar Farseer with Spear | 3/1/12 | 1-732432040 | VA 1-814-847 |
| Eldar Farseer and Warlocks | 3/1/12 | 1-732432122 | VA 1-814-841 |
| Space Marine Drop Pod | 3/1/12 | 1-732432144 | VA 1-814-902 |
| Legion of the Damned | 3/2/12 | 1-732824235 | VA 1-824-653 |
| Assault Squad Shoulder Pads | 3/1/12 | 1-732432166 | |
| Crimson Fists Shoulder Pads | 3/1/12 | 1-732432188 | |
| Eldar Guardians | 3/1/12 | 1-732432220 | VA 1-814-857 |
| Tau Piranha | 3/1/12 | 1-732432242 | VA 1-814-858 |
| Imperial Guard Chimera | 3/1/12 | 1-732432264 | |
| Tyranid Genestealers | 3/1/12 | 1-732432286 | VA 1-835-087 |
| Space Marines in Terminator Armour | 3/1/12 | 1-732505308 | |
| Space Marine Dreadnought | 3/1/12 | 1-732505370 | |
| Tyranid Warriors | 3/1/12 | 1-732505402 | |
| Citadel Realm of Battle Board | 3/1/12 | 1-732505424 | VA 1-824-619 |
| Space Marine Chapter Masters | 3/1/12 | 1-732505456 | VA 1-824-620 |
| Space Marine Predator Tank | 3/1/12 | 1-732505478 | VA 1-824-621 |
| Lightening Claws | 3/1/12 | 1-732505520 | |
| Eldar Striking Scorpions | 3/1/12 | 1-732505552 | |
| Eldar Farseer | 3/2/12 | 1-732505574 | VA 1-824-646 |
| Eldar Warlocks | 3/1/12 | 1-732505596 | |
| Tyranid Hive Tyrant | 3/1/12 | 1-732505618 | |
| Tyranid Carnifex | 3/1/12 | 1-732505640 | |
| Termagants | 3/1/12 | 1-732505662 | |
| Tau Empire Hammerhead | 3/1/12 | 1-732505684 | |
| Tactical Shoulder Pads | 3/1/12 | 1-732505716 | |
| Storm Raven Gunship | 3/1/12 | 1-732505768 | |
| Space Wolves Wolf Guard Terminators | 3/1/12 | 1-732505790 | |
| Space Marine Sternguard Squad with Combi Weapon | 3/1/12 | 1-732505832 | |
| Space Marine Chaplain with Jump Pack | 3/2/12 | 1-732858362 | VA 1-824-666 |
| Space Marine Bike | 3/1/12 | 1-732505854 | |
| Land Raider | 3/1/12 | 1-732505876 | VA 1-824-602 |
| Armour through the Ages | 3/1/12 | 1-732505898 | VA 1-824-732 |
| Imperial Guard Cadian Shock Troops | 3/1/12 | 1-732505982 | VA 1-824-586 |
| Imperial Fists Conversion Pack | 3/1/12 | 1-732506004 | VA 1-824-739 |
| Grey Knights | 3/1/12 | 1-732506026 | VA 1-824-604 |
| Flesh Tearers Shoulder Pads | 3/1/12 | 1-732506048 | VA 1-824-668 |
| Eldar Jetbike | 3/1/12 | 1-732506070 | VA 1-824-904 |
| Eldar Howling Banshee | 3/1/12 | 1-732506092 | |
| Basilica Administratum | 3/1/12 | 1-732506114 | VA 1-824-629 |
| Space Marine Terminator Squad | 2/28/12 | 1-717038972 | VA 1-835-037 |
| Damned Legionnaire with Heavy Flamer | 8/1/12 | 1-732824270 | |
| Tornado Assault Cannons | 8/8/12 | 1-805784225 | |
| Thunder Hammer Conversion Pack | 8/8/12 | 1-805784151 | |
| Halberds | 8/8/12 | 1-805784129 | |
| | | | |
| *Video Games* | | | |
| Warhammer 40,000 Dawn of War II | 1/19/12 | 1-712583865 | |
| Warhammer 40,000 Dawn of War | 1/19/12 | 1-712583351 | |
| | | | |
| *Websites* | | | |
| Website Content From 2000 to 2011 | 12/28/11 | 1-689528161 | TXu 1-788-290 |
| Black Library Website Content from 1998 to 2010 | 8/9/12 | 1-732506242 | |

11/12/12